# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

TIMOTHY RODENIUS AND THE PEOPLE,

        Petitioners

        v.

COMMONWEALTH OF PENNSYLVANIA AND JOHN MICHAEL EAKIN,

        Respondents

:  No. 94 WM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

**AND NOW**, this 5th day of February, 2016, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of *Quo Warranto* and Mandamus is **DENIED**.

Mr. Justice Eakin did not participate in the consideration or decision of this matter.